ACCEPTED
12-14-00182-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
5/14/2015 9:16:04 AM
CATHY LUSK
CLERK

# ALBERT J. CHARANZA, JR.
## CHARANZA LAW OFFICE, P.C.

412 SOUTH FIRST STREET
POST OFFICE BOX 1825
LUFKIN, TEXAS 75902
PHONE: (936) 634-8568     FAX: (936) 634-0306
alcharanza@consolidated.net
BOARD CERTIFIED-CRIMINAL LAW AND CRIMINAL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
5/14/2015 9:16:04 AM
CATHY S. LUSK
Clerk

May 14, 2015

Stephen Albro, Jr., TDCJ# 01940265
Hightower Unit
902 FM 686
Dayton, Texas 77535

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
#7012 2210 0001 8762 2393

Re:     Case No. 12-14-00182- CR
        Trial Court No. 2013-0614

Dear Stephen:

Enclosed is a copy of the Opinion received from the Twelfth Court of Appeals wherein the judgment of the trial court was affirmed.

I will be withdrawing as your appellate attorney. Under Rule 68, Texas Rules of Appellate Procedure, you may file a Petition for Discretionary Review with the Texas Court of Criminal Appeals within thirty days of the court's decision or June 13, 2015. The Texas Court of Criminal Appeals is the highest court in Texas. The court reviews whether **legal** errors occurred in your case. You would need to submit written issues or questions to the court for review.

If you decide to file a pro se Petition for Discretionary Review, you must file your petition on or before June 13, 2015 with the Clerk of the Court of Criminal Appeals, Post Office Box 12308, Austin, Texas 78711.

The Petition for Discretionary Review should be accordance with Rules 66-68 of the Texas Rules of Appellate Procedure. You may want to consult with someone in the law library to assist you in preparing a Petition for Discretionary review if you chose to file a petition. I am sending the Court of Appeals opinion to you as required under Rule 48.4 of the Texas Rules of Appellate Procedure.

Sincerely,

Albert J. Charanza, Jr.

Via E-file

CC:     Cathy S. Lusk, Clerk
        Twelfth Court of Appeals
        1517 West Front Street, Suite 354
        Tyler, Texas 75702

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

1. Article Addressed to:

Stephen Albro, Jr. #01940265
Hightower Unit
902 FM 686
Dayton, Texas 77535

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail®   ☐ Priority Mail Express™
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7012 2210 0001 8762 2593

PS Form 3811, July 2013          Domestic Return Receipt



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage | $ | .69
Certified Fee | | 3.30
Return Receipt Fee (Endorsement Required) | | 2.70
Restricted Delivery Fee (Endorsement Required) | |
Total Postage & Fees | $ | 6.69

Postmark Here

Sent To
Albro, Stephen #01940265
Street, Apt. No.; or PO Box No. 902 Fm 686 - Hightower un
City, State, ZIP+4 Dayton, Texas 77535

PS Form 3800, August 2006          See Reverse for Instructions